# BARACK FERRAZZANO
Barack Ferrazzano Kirschbaum & Nagelberg LLP

Robert E. Shapiro | T. 312.984.3118 | rob.shapiro@bfkn.com

May 2, 2022

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 05/03/22

<u>VIA ECF</u>

Hon. Vernon S. Broderick
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Paula Theriot, individually and on behalf of all others similarly situated, v. Louis Vuitton North America, Inc., Case No. 1:22-cv-02944-VSB</u>

Dear Judge Broderick:

    I represent Defendant Louis Vuitton North America, Inc. ("LVNA") in the above-captioned action. Pursuant to Rule 1.G of the Court's Individual Rules & Practices, I am writing with plaintiff's consent to request an extension of LVNA's time to respond to the complaint. The original due date for LVNA's response to the complaint was May 6, 2022. LVNA seeks a forty-five-day extension of this deadline, to **June 20, 2022**. This is LVNA's first request for extension of any deadline in this matter, and plaintiff's counsel has confirmed plaintiff's consent to the requested extension. There is good cause for the requested extension, as LVNA's investigation is ongoing and the parties are addressing in good faith certain questions raised by the pleadings.

Sincerely,

*/s/ Robert E. Shapiro*

Robert E. Shapiro

Cc: Counsel of record (via ECF)