```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
PAULA THERIOT,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :         22-CV-2944 (VSB)
                -against-                                  :
                                                           :              ORDER
LOUIS VUITTON NORTH AMERICA, INC.,                         :
                                                           :
                              Defendant.                   :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on April 8, 2022. (Doc. 1.) Plaintiff has not filed an affidavit of service. However, on May 2, 2022, Defendant moved for an extension of time until June 20, 2022 to respond to the complaint. (Doc. 10.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 1, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff intends to seek a default judgment, they are further directed to file an affidavit of service.

SO ORDERED.

Dated:    June 24, 2022
             New York, New York

                                                                                                 VERNON S. BRODERICK
                                                                              United States District Judge