UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
PAULA THERIOT, et al.                  :
                                       :
                  Plaintiffs,          :        22cv2944 (DLC)
                                       :
            -v-                        :           ORDER
                                       :
LOUIS VUITTON NORTH AMERICA, INC.,     :
                                       :
                  Defendant.           :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

    On August 22, 2022, the defendant filed a motion to dismiss

the first amended complaint pursuant to Rules 12(b)(1) and

12(b)(6), Fed. R. Civ. P.  Accordingly, it is hereby

    ORDERED that the plaintiffs shall file any amended

complaint by September 9, 2022.  It is unlikely that the

plaintiffs will have a further opportunity to amend.

    IT IS FURTHER ORDERED that if no amended complaint is

filed, the plaintiffs shall file any opposition to the motion to

dismiss by September 9, 2022.  Defendant's reply, if any, shall

be filed by September 23.  At the time any reply is filed, the

moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           August 23, 2022

DENISE COTE
United States District Judge