```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PAULA THERIOT and CHERYL DOYLE,         :
individually and on behalf of all       :
others similarly situated,              :
                                        :    22cv2944 (DLC)
                                        :
                    Plaintiffs,         :    ORDER
                                        :
             -v-                        :
                                        :
LOUIS VUITTON NORTH AMERICA, INC.,      :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 22, the defendant moved to dismiss the plaintiffs' first amended complaint. On December 5, the defendant's motion was granted in part. It is hereby

ORDERED that a pretrial conference shall be held on January 13, 2023 at 3:30 p.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         December 5, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge