```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
PAULA THERIOT and CHERYL DOYLE,        :
individually and on behalf of all      :
others similarly situated,             :       22cv2944 (DLC)
                                       :
                      Plaintiffs,      :            ORDER
                                       :
              -v-                      :
                                       :
LOUIS VUITTON NORTH AMERICA, INC.,     :
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On December 21, 2022, plaintiff Paula Theriot voluntarily dismissed her claims in the above-captioned action. Accordingly, it is hereby

ORDERED that the Clerk of Court is directed to amend the caption in this case to read as follows:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
CHERYL DOYLE, individually and on      :
behalf of all others similarly         :
situated,                              :       22cv2944 (DLC)
                                       :
                      Plaintiff,       :
                                       :
              -v-                      :
                                       :
LOUIS VUITTON NORTH AMERICA, INC.,     :
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X
```

IT IS FURTHER ORDERED that every future filing in this action shall bear the amended caption.

Dated:  New York, New York
        January 17, 2023

                                              _____
                                                 DENISE COTE
                                       United States District Judge