UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CHERYL DOYLE, individually and on        :
behalf of all others similarly           :
situated,                                :     22cv2944 (DLC)
                                         :
                    Plaintiff,           :     ORDER
                                         :
          -v-                            :
                                         :
LOUIS VUITTON NORTH AMERICA, INC.,       :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

    On March 16, 2023, the parties filed a joint motion to stay these proceedings pending resolution of an appeal recently filed before the Court of Appeals for the Seventh Circuit. Having reviewed the parties' joint submission, it is hereby

    ORDERED that the motion to stay is denied. The deadlines in the January 17 Pretrial Scheduling Order remain in effect.

Dated:    New York, New York
          March 20, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge