IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERYL DOYLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>LOUIS VUITTON NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No.: 1:22-CV-02944-DLC<br><br>The Hon. Denise L. Cote<br><br>**JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties who have appeared in the above-captioned lawsuit, acting through their respective undersigned counsel, that all claims in this lawsuit will be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

By: /s/ *Nada Djordjevic*
Adam J. Levitt
alevitt@dicellolevitt.com
Amy E. Keller
akeller@dicellolevitt.com
Nada Djordjevic
ndjordjevic@dicellolevitt.com
Sharon D. Cruz
scruz@dicellolevitt.com
James Ulwick
julwick@dicellolevitt.com
**DICELLO LEVITT LLC**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900

James J. Pizzirusso (*admitted pro hac vice*)
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200

By: /s/ *Robert E. Shapiro*
Robert E. Shapiro
Maile H. Solís (*pro hac vice*)
Connor T. Gants (*pro hac vice*)
David B. Lurie (*pro hac vice*)
**BARACK FERRAZZANO**
**KIRSCHBAUM & NAGELBERG LLP**
200 West Madison Street, Suite 3900
Chicago, IL 60606
Ph: (312) 984-3100
Fax: (312) 984-3150
rob.shapiro@bfkn.com
maile.solis@bfkn.com
connor.gants@bfkn.com
david.lurie@bfkn.com

*Counsel for Defendant Louis Vuitton North America, Inc.*

Steven M. Nathan
snathan@hausfeld.com
Katherine Hansson
khansson@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, New York 10004
Telephone: (646) 357-1100

*Counsel for the Plaintiff and the Putative Class*